FILED - GR
October 23, 2026 12:25 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:ARR SCANNED BY: AR / 10.23

Mr. Mark Anthony Webster
Michigan Department of Corrections
E. C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon Heights, Michigan 49444

Date: October 14, 2026 @ 1030 hrs.

CLERK OF THE COURT
C/O Chief Justice
Federal Bldg. (W.D. Mich.)
110 Michigan Street NW #399
Grand Rapids, Michigan 49503

**1:26-cv-3043**
**Sally J. Berens**
**U.S. Magistrate Judge**

**RE: CHRISTIAN BEING UNLAWFULLY HELD IN STATE AGAINST HIS WILL:**

Dear Honorable Chief Justice:

On September 27, 2026, I, Mark Anthony Webster mailed by United States Postal Service a copy of my **Christian Liberation Document** addressed to Mr. Chris King, Warden at the above listed MDOC Institution, alone with about 25 other Christians and after more than Seven Days I remain confined and separated from The Assembly of Saints in my respective church homes and family.

Mr. Chris King, the Warden is indifferent to the law and acted contrary to the spirit of the Lord and the Word of GOD and did cover up the wrongdoing and unlawful behavior and hate crimes those involved that did use forbidden force, violence and deceit to bind me to other and another and provided my Christian name and religious possessions to their court and its judges to use to convict and sentence me.

I ask this court and its required assigned and designated prosecutor to decree that I am free and have Sheriff or Marshal deliver me from my oppressor and charge and prosecute the Warden and all involved in court and in law held accountable and liable at the highest level and standard scrutiny in law and at common and provide me restoration and retribution termed to Civil Rights Act 1874 and Anti-Terrorism Effective Death Plenty Act 1966.

A copy of this document is provided to the Warden by United States Postal Service mail, also to Pastor Jerry McNeely and Timothy Verney, Chief Prosecutor. The Clerk and Chief Justice of this Court on date and provided mail server October 14, 2026. Please find attached a dated and signed copy of the document I provided the Warden and others.

By: Mark Webster
Mr. Mark Anthony Webster

Done and provided mail server addressed to Warden, this Court, Timothy Verney, Prosecutor and Pastor Jerry McNeely October 14, 2026th year of Our Lord Jesus Christ.

**NOTE:** Pastor Jerry McNeely
1331 25th Place
Bessemer, Alabama 35020

Mr. Timothy Verney, Chief Prosecutor
330 Ionia NW Suite 501
Grand Rapids, Michigan 49503

Respectfully,

Mr. Mark Anthony Webster

cc: file
clerk of the court
chief justice
tv, chief prosecutor
ck, warden
jm, pastor

NAME: Mark Webster 443861
Number: Earnest C. Brooks Correctional Facility
Address: 2500 S. Sheridan Drive
Address: Muskegon Heights, MI. 49444

GRAND RAPIDS MI 493
21 OCT 2026 PM 2 L

Dog Bite Awareness
#DogBiteAwareness
USA ★ FOREVER

Clerk of the Court
c/o chief Justice
Federal Bldg. (W.D. Mich)
110 Michigan Street N.W. #399
Grand Rapids, MI. 49503

49503-231799

RECEIVED

OCT 19 2026
8:36 AM

FSC
MIX
Envelope
FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019